IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>Defendant. | Civil Action No.: 3:20-cv-00720-JAG |

**STIPULATION TO EXTEND THE TIME FOR
DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant F5 Networks, Inc. ("F5 Networks") (collectively, "Parties") by and through their respective counsel of record, respectfully submit this Stipulation to extend the time for F5 Networks to answer WSOU's Complaint for Patent Infringement.

The Parties hereby stipulate through their respective counsel as follows:

WHEREAS, on September 15, 2020, WSOU filed a Complaint for Patent Infringement against F5 Networks in the above-captioned action (Dkt. 1) ("the Action");

WHEREAS, on November 6, 2020, F5 Networks waived the service of summons (Dkt. 7);

WHEREAS, on December 30, 2020 the Parties filed a Stipulated Motion to Transfer the Action to the United States District Court for the Western District of Washington ("Stipulated Transfer Motion") (Dkt. 24);

WHEREAS, on December 31, 2020, F5 Networks filed a Notice of Consent to the Stipulated Transfer Motion (Dkt. 27);

WHEREAS, the Stipulated Transfer Motion is currently pending;

WHEREAS, F5 Networks's answer to WSOU's Complaint was due January 5, 2021; and

WHEREAS, in light of the pending Stipulated Transfer Motion, the Parties agree to extend the time for F5 Networks's answer to WSOU's Complaint to January 28, 2021.

IT IS HEREBY STIPULATED AND AGREED, by among the Parties and their respective counsel of record, with the permission of the Court, that F5 Networks's deadline to answer WSOU's Complaint is January 28, 2021.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 12, 2021

By: */s/ Stephen E. Baskin*
Stephen E. Baskin (VA Bar No. 47567)
sbaskin@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW
2nd Floor
Washington, DC 20006-4707
Telephone: (202) 626-2938
Facsimile: (202) 626-3737

D. Shane Brun (CA Bar No. 179079)
sbrun@kslaw.com
(Pro hac vice forthcoming)
**KING & SPALDING LLP**
601 California Avenue, Suite 100
Palo Alto, CA 94304
Telephone: (415) 318-1245

Angela Tarasi (CO Bar No. 45250)
atarasi@kslaw.com
**KING & SPALDING LLP**
1400 16th Street
16 Market Square
Suite 400
Denver, CO 80202
Telephone: (720) 535-2319

**Attorneys for Defendant
F5 NETWORKS, INC.**

By: */s/ Isaac P. Rabicoff*
Isaac Philip Rabicoff
isaac@rabilaw.com
**RABICOFF LAW LLC**
5680 King Centre Dr., Suite 654
Alexandria, VA 22315
Telephone: (773) 669-4590

Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted *pro hac vice*)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted *pro hac vice*)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted *pro hac vice*)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted *pro hac vice*)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted *pro hac vice*)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(Admitted *pro hac vice*)
jshaw@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted *pro hac vice*)
tnguyen@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Paul G. Williams (GA Bar No. 764925)
(Admitted *pro hac vice*)
pwilliams@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

**Attorneys for Plaintiff
WSOU INVESTMENTS, LLC d/b/a
BRAZOS LICENSING AND
DEVELOPMENT**

**[PROPOSED] ORDER**

Based on the foregoing, IT IS SO ORDERED that Defendant F5 Networks, Inc.'s time to answer, move, or otherwise respond to Plaintiff's Complaint is extended to January 28, 2021.

DATED: _____

_____
HON. JOHN A. GIBNEY, JR.
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Isaac P. Rabicoff*
Isaac Philip Rabicoff
