IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>Defendant. | § § § § § § § § § § § § | Civil Action No.: 3:20-cv-00720-JAG |

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

The request to dismiss this matter without prejudice is hereby GRANTED.

DATED: 28 January 2021

/s/ John A. Gibney, Jr.
United States District Judge

HON. JOHN A. GIBNEY, JR.
UNITED STATES DISTRICT JUDGE